505 A.2d 253

**Lester R. MUSE, Respondent,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (WESTERN ELECTRIC COMPANY), Petitioner.**

Supreme Court of Pennsylvania.

Feb. 12, 1986.

Petition for Allowance of Appeal GRANTED, No. 23 E.D. Appeal Docket 1986.